DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-07-057 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| MICHAEL JOHN MCCORMICK, | ) | Date: June 15, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for May 18, 2007 at 9:00 AM be vacated and a new date of June 15, 2007 at 9:00 AM be set for status.  The government has turned over a significant amount of discovery.  The defense needs additional time to review that discovery and perform necessary investigation.

It is further stipulated and agreed between the parties that the period beginning May 18, 2007 and ending June 15, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                            Respectfully submitted,

                                            DANIEL BRODERICK
                                            Acting Federal Defender

Dated: May 17, 2007                    /s/ Ned Smock
                                            Ned Smock
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            MICHAEL JOHN MCCORMICK

                                            MCGREGOR W. SCOTT
                                            United States Attorney

Dated: May 17, 2007
                                            /S/ Ned Smock for Robin Taylor
                                            Robin Taylor
                                            Assistant U.S. Attorney

                                                **ORDER**

    **IT IS SO ORDERED.**

Dated:  May 17, 2007

                                            GARLAND E. BURRELL, JR.
                                            United States District Judge