DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR-S-07-057 GEB |
| ) | |
| Plaintiff,   ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v.                  ) | |
| ) | |
| MICHAEL JOHN MCCORMICK,          ) | Date: July 13, 2007 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant.   ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for June 15, 2007 at 9:00 AM be vacated and a new date of July 13, 2007 at 9:00 AM be set for status.  The defense needs additional time to review discovery and perform necessary investigation.

It is further stipulated and agreed between the parties that the period beginning June 15, 2007 and ending July 13, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                                  Respectfully submitted,

                                                  DANIEL BRODERICK
                                                  Acting Federal Defender

Dated: June 14, 2007                        /s/ Ned Smock
                                                  Ned Smock
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  MICHAEL JOHN MCCORMICK


                                                  MCGREGOR W. SCOTT
                                                  United States Attorney

Dated: June 14, 2007
                                                  /S/ Ned Smock for Robin Taylor
                                                  Robin Taylor
                                                  Assistant U.S. Attorney

                                                 **ORDER**

    **IT IS SO ORDERED.**

Dated:  June 15, 2007

                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge