DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-057 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| MICHAEL JOHN MCCORMICK, | ) Date: August 17, 2007 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for July 13, 2007 at 9:00 AM be vacated and a new date of August 17, 2007 at 9:00 AM be set for status.  The government has indicated that it will be turning over additional discovery.  The defense needs time to review that discovery, as well as the voluminous discovery turned over up to this point.  Additional time is need to perform necessary investigation and research.

    It is further stipulated and agreed between the parties that the period beginning July 13, 2007 and ending August 17, 2007, should be

1  excluded in computing the time within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial Act
3  for defense preparation.  The defense has been engaged in ongoing legal
4  research and investigation.  All parties stipulate and agree that this
5  is an appropriate exclusion of time within the meaning of Title 18,
6  United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Acting Federal Defender

Dated: July 11, 2007                   /s/ Ned Smock
                                        Ned Smock
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL JOHN MCCORMICK

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: July 11, 2007
                                        /S/ Ned Smock for Robin Taylor
                                        Robin Taylor
                                        Assistant U.S. Attorney

                                     **ORDER**

    **IT IS SO ORDERED.**

Dated:  July 11, 2007

                                      GARLAND E. BURRELL, JR.
                                      United States District Judge