DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-057 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| MICHAEL JOHN MCCORMICK, ) | Date: September 21, 2007 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

  IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for August 17, 2007 at 9:00 AM be vacated and a new date of September 21, 2007 at 9:00 AM be set for status.  The defense is meeting with government agents to review computer evidence and will need additional time to perform investigation based on that review.

  It is further stipulated and agreed between the parties that the period beginning August 17, 2007 and ending September 21, 2007, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender

Dated: August 15, 2007                    /s/ Ned Smock
                                    Ned Smock
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL JOHN MCCORMICK


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: August 15, 2007
                                    /S/ Ned Smock for Robin Taylor
                                    Robin Taylor
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  August 22, 2007

```
                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge
```

2