```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
MICHAEL McCORMICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL McCORMICK, )<br>)<br>Defendant. )<br>_____) | No. CR-S-07-057 GEB<br><br>**PROTECTIVE ORDER** |

The parties, the United States of America, by Assistant United States Attorney Robin Taylor, and the defendant, by his attorney, Assistant Federal Defender Ned Smock, have consulted and agreed to entry of the following Order concerning discovery in this matter.

**IT IS HEREBY ORDERED THAT:**

1. The government shall provide the defense team with a copy of the disk containing the full Secret Service analysis of the computers, hard drives, and flash drives ("the computer media") seized from the defendant. If necessary, defendant will provide the blank disk for copying of same.

1    2.   The compact disk may be used by the defense team (Ned Smock,
2  Julie Denny, and Karen Sanders) subject to the terms of this Protective
3  Order.

4    3.   All such identified matter shall be kept by the defense team
5  in a locked, secure place accessible only to the defense team.  The
6  following individuals may examine this material:  (a) any member of the
7  defense team; (b) the defendant, with counsel present; and (c) any
8  expert retained by the defendant to assist in the defense of this case.

9    4.   All individuals who receive access to the materials pursuant
10 to this Protective Order, prior to receiving access to the materials,
11 shall sign a copy of this Protective Order, acknowledging that:  (a)
12 they have reviewed the Protective Order; (b) they understand its
13 contents; (c) they agree that they will only access the digital media
14 for the purposes of preparing a defense for defendant; (d)  they will
15 not make copies of any identifying information or financial information
16 within the digital media inconsistent with this Order without further
17 order of the Court; (e) they will not access the digital media from any
18 computer that is connected to the Internet or any local network; and,
19 (f) they understand that failure to abide by this Protective Order will
20 result in sanctions by the Court.

21   5.   Counsel for the defendant shall promptly file signed copies of
22 this Protective Order.

23   6.   All materials shall be maintained by defense counsel, and
24 shall be used by counsel and any members of his staff and/or expert
25 witness solely and exclusively in connection with this case (including
26 trial preparation, trial and appeals or other related legal
27 proceedings) and for no other purposes, including subsequent civil
28

1  actions.

2  7. None of the materials shall be copied, printed, electronically
3  mailed, or in any way reproduced, distributed or disseminated absent a
4  specific order of this Court, except that copies may be made for the
5  exclusive purpose of generating exhibits for use at trial.

6  8. Any computer used to view or analyze the computer media shall
7  be a "stand alone" computer, that is, not connected to any computer
8  network. Neither the mirror image nor any computer to which it is
9  connected shall be accessible to the Internet, and not be accessible by
10 any wireless device(s) including infrared devices, wireless network
11 devices, or other similar equipment.

12 9. At the conclusion of this case, the defense team shall return
13 the materials to the government so that they may be destroyed.

14 10. Defendant reserves the right to renew his motions and/or seek
15 to modify these procedures should an issue arise. The government
16 reserves the right to object to any modification of these procedures,
17 or to seek a modification in these procedures should an issue arise.

18 11. A copy of this Order shall be kept with the aforementioned
19 materials at all times.

Dated: October 24, 2007

NED SMOCK
Assistant Federal Defender

Dated: October 24, 2007

JULIE DENNY
Paralegal

Dated: October 24, 2007

KAREN SANDERS
Computer Systems Administrator

U.S. v. McCormick
CR-S-07-057 GEB
Protective Order                                3

Dated: _____           _____

Dated: _____           _____

**IT IS SO ORDERED**

Dated:   October 25, 2007          _____
                                   United States Magistrate Judge

U.S. v. McCormick
CR-S-07-057 GEB
Protective Order                             4