DANIEL BRODERICK, Bar # 89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL JOHN MCCORMICK,<br><br>　　　　　Defendant. | No. CR-S-07-057 GEB<br><br>STIPULATION AND [PROPOSED ORDER]<br><br>Date: January 11, 2008<br>Time: 9:00 A.M.<br><br>Judge: Hon. Garland E. Burrell |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for December 7, 2007 at 9:00 AM be vacated and a new date of January 11, 2008 at 9:00 AM be set for status. The government recently turned over computer evidence to the defense. The defense needs time to review that evidence.

　　　It is further stipulated and agreed between the parties that the period beginning December 7, 2007 and ending January 11, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act

for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender

Dated: December 6, 2007                 /s/ Ned Smock
                                    Ned Smock
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    MICHAEL JOHN MCCORMICK


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: December 6, 2007
                                    /S/ Ned Smock for Robin Taylor
                                    Robin Taylor
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  December 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2