```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MICHAEL JOHN MCCORMICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-07-057 GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| MICHAEL JOHN MCCORMICK, | ) Date:  January 25, 2008 |
| | ) Time:  9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for January 11, 2008 at 9:00 a.m. be vacated and a new date of January 25, 2008 at 9:00 a.m. be set for status. The defense is engaged in further review of complex computer evidence and is awaiting proposed loss calculations from the government.

It is further stipulated and agreed between the parties that the period beginning January 11, 2008 and ending January 25, 2008, should be excluded in computing the time within which the trial of the above

criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

Dated: January 10, 2008            /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL JOHN MCCORMICK


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: January 10, 2008
                                        /S/ Ned Smock for Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney


                              **ORDER**

**IT IS SO ORDERED.**

Dated:  January 10, 2008


                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

Stip & Order                           2