```
1  DANIEL BRODERICK, Bar # 89424
   Federal Defender
2  NED SMOCK, Bar # 236238
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL JOHN MCCORMICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-07-057 GEB |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED ORDER] |
| v. | ) |
| MICHAEL JOHN MCCORMICK, | ) Date: March 7, 2008 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Garland E. Burrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for February 15, 2008 at 9:00 a.m. be vacated and a new date of March 7, 2008 at 9:00 a.m. be set for status. Mr. McCormick is in custody in Yolo County. The parties need to obtain a writ of habeas corpus ad prosequendum to have him brought here to appear. In addition, the parties are negotiating a possible plea agreement, and defense counsel needs to travel to the Yolo County Jail to review it with the defendant.

It is further stipulated and agreed between the parties that the period beginning February 15, 2008 and ending March 7, 2008, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  The defense has been engaged in ongoing legal research and investigation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

Dated: February 14, 2008            /s/ Ned Smock
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MICHAEL JOHN MCCORMICK


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: February 14, 2008
                                        /S/ Ned Smock for Robin Taylor
                                        ROBIN TAYLOR
                                        Assistant U.S. Attorney

                            **ORDER**

**IT IS SO ORDERED.**

DATED: February 15, 2008

                                        _____
                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

Stip & Order                            2