```
1  DANIEL BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MICHAEL MCCORMICK
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | NO. Cr-S-07-057 GEB |
| Plaintiff,      ) | **REQUEST FOR ORDER AND ORDER EXONERATING BOND** |
| v.      ) | |
| MICHAEL MCCORMICK,      ) | |
| Defendant.      ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

On or about July 9, 2007, defendant McCormick was ordered release by Judge Brennan with the posting of $30,000.00 by the defendant's grandfather, LeRoy Mountjoy.

On January 15, 2008 Mr. McCormick was arrested on a no bail warrant from Pre-trial services petition. We are requesting that the $30,000.00 bond be be exonerated in the above-captioned case and that the Clerk of the District Court be directed to return the monies and

///

///

1 | any interest accrued to Mr. LeRoy Mountjoy at the following address:

2 | LeRoy Mountjoy
16212 W. Tuscany Way
3 | Surprise, AZ  85374

4

Dated: March 27, 2008
5 |                                           Respectfully submitted,

6 |                                           DANIEL BRODERICK
Federal Defender
7

8 |                                           /s/ Matthew C. Bockmon

9 |                                         MATTHEW C. BOCKMON
Assistant Federal Defender
10 |                                         Attorney for Defendant
MICHAEL MCCORMICK
11

12 |                               **O R D E R**

13 |     IT IS HEREBY ORDERED that the bail bond in the amount of

14 | $30,000.00 secured by LeRoy Mountjoy is hereby exonerated.

15 | DATED: April 8, 2008.

16

17 | _____
DALE A. DROZD
18 | UNITED STATES MAGISTRATE JUDGE

19

20

21 | Ddad1/orders.criminal/mccormick0057.ord

22

23

24

25

26

27

28

2