DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MICHAEL JOHN MCCORMICK,<br><br>        Defendant. | No. CR-S-07-057 GEB<br><br>STIPULATION AND [PROPOSED ORDER] CONTINUING STATUS CONFERENCE<br><br>Date: June 13, 2008<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for May 30, 2008 at 9:00 a.m. be vacated and a new date of June 13, 2008 at 9:00 a.m. be set. Mr. McCormick is in custody in Sutter County. The parties need to obtain a writ of habeas corpus ad prosequendum to have him brought here to appear. In addition, the parties are negotiating a possible plea agreement, and defense counsel needs to travel to the Sutter County Jail to review it with the

1  defendant.

2      It is further stipulated and agreed between the parties that the
3  period beginning May 30, 2008, through and including June 13, 2008,
4  should be excluded in computing the time within which trial must
5  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
6  § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of
7  counsel.

8  Dated: May 27, 2008                    Respectfully submitted,

9                                          DANIEL BRODERICK
                                           Federal Defender

11                                   /s/ Matthew C. Bockmon
                                           MATTHEW C. BOCKMON
12                                         Assistant Federal Defender
                                           Attorney for Defendant
13                                         MICHAEL JOHN MCCORMICK

15                                         MCGREGOR W. SCOTT
                                           United States Attorney

16 Dated: May 27, 2008                    /s/ Matthew C. Bockmon
                                             for Robin Taylor
17                                         ROBIN TAYLOR
                                           Assistant U.S. Attorney

19                                                 **ORDER**

20 **IT IS SO ORDERED.**

21 Dated:  May 28, 2008

23                                     GARLAND E. BURRELL, JR.
24                                     United States District Judge