DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-057 GEB |
| Plaintiff, ) ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | CONTINUING STATUS CONFERENCE |
| MICHAEL JOHN MCCORMICK, ) ) | Date: July 11, 2008 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for June 13, 2008 at 9:00 a.m. be vacated and a new date of July 11, 2008 at 9:00 a.m. be set.  Mr. McCormick is in custody in Sutter County.  The parties need to obtain a writ of habeas corpus ad prosequendum to have him brought here to appear.  In addition, the parties are negotiating a possible plea agreement, and defense counsel needs to travel to the Sutter County Jail to review it with the

1 | defendant.

2 |     It is further stipulated and agreed between the parties that the
3 | period beginning June 13, 2008, through and including July 11, 2008,
4 | should be excluded in computing the time within which trial must
5 | commence under the Speedy Trial Act, pursuant to 18 U.S.C.
6 | § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of
7 | counsel and 18 U.S.C. § 3161(h)(3)(A)(B).

Dated: June 12, 2008                     Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender


                                           /s/ Matthew C. Bockmon
                                         MATTHEW C. BOCKMON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         MICHAEL JOHN MCCORMICK


                                         MCGREGOR W. SCOTT
                                         United States Attorney

Dated: June 12, 2008                      /s/ Matthew C. Bockmon
                                              for Robin Taylor
                                         ROBIN TAYLOR
                                         Assistant U.S. Attorney


                                **ORDER**

**IT IS SO ORDERED.**

Dated:  June 12, 2008

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

Stip & Order                              2