```
DANIEL BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL JOHN MCCORMICK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-057 GEB |
| Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED ORDER] CONTINUING STATUS CONFERENCE |
| MICHAEL JOHN MCCORMICK, ) | |
| Defendant. ) | Date: August 15, 2008<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBIN TAYLOR, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant Federal Defender, attorney for defendant, that the status conference now scheduled for July 11, 2008 be vacated, and a new status date of August 15, 2008 at 9:00 a.m. be set.

   This continuance is requested as counsel for Mr. McCormick will be out of the district.

   It is further stipulated and agreed between the parties that the period beginning July 11, 2008 through and including August 15, 2008, should be excluded in computing the time within which trial must

1  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
2  § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of
3  counsel and 18 U.S.C. § 3161(h)(3)(A)(B).
4  Dated: July 7, 2008                     Respectfully submitted,

                                           DANIEL BRODERICK
                                           Federal Defender


                                             /s/ Matthew C. Bockmon
                                           MATTHEW C. BOCKMON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           MICHAEL JOHN MCCORMICK


                                           MCGREGOR W. SCOTT
                                           United States Attorney

12  Dated: July 7, 2008                      /s/ Matthew C. Bockmon for
                                           ROBIN TAYLOR
                                           Assistant U.S. Attorney


                                       **ORDER**
**IT IS SO ORDERED.**

Dated:  July 9, 2008


                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

Stip & Order                            2