```
1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW C. BOCKMON, Bar #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    MICHAEL JOHN MCCORMICK
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. CR-S-07-057 GEB
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED ORDER]
13       v.                      ) CONTINUING STATUS CONFERENCE
                                 )
14  MICHAEL JOHN MCCORMICK,      )
                                 ) Date: August 29, 2008
15              Defendant.       ) Time: 9:00 a.m.
    _____) Judge: Garland E. Burrell, Jr.
16
17
```

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, ROBIN TAYLOR, Assistant United States

20 Attorney, attorney for Plaintiff, and MATTHEW C. BOCKMON, Assistant

21 Federal Defender, attorney for defendant, that the status conference

22 now scheduled for August 15, 2008 be vacated, and a new status date of

23 August 29, 2008 at 9:00 a.m. be set.

24     This continuance is requested due to the unavailability of counsel

25 for Mr. McCormick.

26     It is further stipulated and agreed between the parties that the

27 period beginning August 15, 2008 through and including August 29, 2008,

28 should be excluded in computing the time within which trial must

1  commence under the Speedy Trial Act, pursuant to 18 U.S.C.
2  § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of
3  counsel.
4  Dated: August 4, 2008                    Respectfully submitted,
5                                           DANIEL BRODERICK
                                            Federal Defender
6
7                                           /s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
8                                           Assistant Federal Defender
                                            Attorney for Defendant
9                                           MICHAEL JOHN MCCORMICK
10
                                            MCGREGOR W. SCOTT
11                                          United States Attorney
12 Dated: August 4, 2008                    /s/ Matthew C. Bockmon for
                                            ROBIN TAYLOR
13                                          Assistant U.S. Attorney
14
15
16
                                 **ORDER**
17 **IT IS SO ORDERED.**
18 Dated:  August 4, 2008
19
20  _____
                          GARLAND E. BURRELL, JR.
21                        United States District Judge
22
23
24
25
26
27
28

Stip & Order                              2