# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
v. ) CR NO: 07-057 GEB
)
MICHAEL JOHN McCORMICK )

**FILED**
AUG 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum     ☐ Ad Testificandum.

Name of Detainee:     **MICHAEL JOHN McCORMICK**

Detained at (custodian):     **DEUEL VOCATIONS INSTITIUTION**

Detainee is:  a.)  ☐ charged in this district by:
          ☒ Indictment     ☐ Information     ☐ Complaint
          Charging Detainee With:  **18 U.S.C. § 1029(a)(2)**

or     b.)  ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.)  ☐ return to the custody of detaining facility upon termination of proceedings
or     b.)  ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature:  /s/ Robin R. Taylor
Printed Name & Phone No: **ROBIN R. TAYLOR, (916) 554-2722**
Attorney of Record for:  United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, *FORTHWITH*, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

8/29/08
Date _____     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | Male ☐ | Female ☐ |
| Booking or CDC #: | G24252 | DOB: | 10/09/1978 |
| Facility Address: | 23500 KASSON ROAD | Race: | |
| | TRACY, CA 95376 | FBI #: | |
| Facility Phone: | (209) 835-4141 | | |
| Currently Incarcerated For: | Fraud, Aggravated Access Device Fraud | | |

**RETURN OF SERVICE**

Executed on _____ by _____   _____
                                         (Signature)

Form Crim-48                                                 Revised 11/19/97