```
McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-00057-GEB |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| MICHAEL JOHN MCCORMICK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael John McCormick, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C), defendant Michael John McCormick's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

<u>4 Laptop Computers</u>

| | | |
|---|---|---|
| Make: Unknown | Model: 5365 | Serial: 96F60W00012Q54400196 |
| Make: NEC | Model: LC700J/6 | Serial: PC-LC700J64DH |
| Make: HP | Model: ZV6000 | Serial: CND526048H |

1  | Make: Dell            Model: PP09.L         Serial: 010789834980344
2  | 8 Drives
3  | Make: Acomdata        Model: HD160FES-72    Serial: A0842272
4  | Make: I/O Magic       Model: N/A            Serial: N/A
5  | Make: Seagate         Model: ST38420A       Serial: 7AZ037M7
6  | Make: Fujitsu         Model: MHT2040AH      Serial: NP06T3B25NYP
7  | Make: Sony            Model: D33021         Serial: 06503BBAV
8  | Make: Mobile Mate     Model: N/A (1.0 GB)   Serial: BB0610AELB
9  | Make: Staples         Model: H0622GX        Serial: N/A
10 | Make: Staples         Model: H0622GX        Serial: N/A
11        2.   The above-listed property constitutes property used or
12 intended to be used to commit violations of 18 U.S.C. §§
13 1029(a)(2) and 1028A(a)(1).
14        3.   Pursuant to Rule 32.2(b), the Attorney General (or a
15 designee) shall be authorized to seize the above-listed property.
16 The aforementioned property shall be seized and held by the
17 Department of Homeland Security, United States Secret Service, in
18 its secure custody and control.
19        4.   a.   Pursuant to 18 U.S.C. §§ 1028(g) and 1029(c)(2),
20 incorporating 21 U.S.C. § 853(n), and Local Rule 83-171, the
21 United States shall publish notice of the order of forfeiture.
22 Notice of this Order and notice of the Department of Homeland
23 Security, United States Secret Service's (or a designee's) intent
24 to dispose of the property in such manner as the Attorney General
25 may direct shall be posted for at least 30 consecutive days on the
26 official internet government forfeiture site www.forfeiture.gov.
27 The United States may also, to the extent practicable, provide
28 direct written notice to any person known to have alleged an

interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

  b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

 5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 1028(b)(5) and 1029(c)(1)(C) in which all interests will be addressed.

Dated: November 6, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge