```
LAWRENCE G. BROWN
Acting United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL MCCORMICK, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR.S-07-0057 GEB <br><br> CORRECTED AND *SIGNED* <br> STIPULATION AND PROTECTIVE <br> ORDER REGULATING DISCOVERY |

Pursuant to Fed. R. Crim. P. 16(d), the undersigned parties in <u>United States v. McCormick</u>, stipulate and agree, and respectfully request that the Court order that:

1. The United States shall turn over additional discovery in this case, namely electronic evidence contained on a computer hard drive ("The Protected Material"). Disclosure of The Protected Materials may better facilitate the Defendant's preparation for sentencing.

2. The Protected Material is now and will forever remain the property of the United States. The Protected Material is entrusted to counsel for the Defendant only for purposes of representation in this case.

1

1  3.  Counsel for the Defendant shall not make any paper or
2      electronic copy of any Protected Material.
3  4.  Counsel for the Defendant shall not give the Protected
4      Material to any person other than counsel's staff or
5      investigator.  The terms "staff" and "investigator" shall
6      not be construed to describe any Defendant or other person
7      not either regularly employed by counsel or a licensed
8      investigator hired in this case.
9  5.  Any person receiving the Protected Material from counsel
10     for the Defendant shall be bound by the same obligations
11     as counsel and, further may not give the Protected
12     Material to anyone (except that the Protected Material
13     shall be returned to counsel).
14 5.  Counsel shall maintain a list of persons to whom any
15     Protected Material has been given.  Such persons shall be
16     shown a copy of this Stipulation and Order and shall sign
17     a copy of the Stipulation and Order and note that they
18     understand its terms and agree to them.
19 6.  The Defendant in this case may review the Protected
20     Materials and be aware of their contents, but shall not be
21     given control of the Protected Materials or any copies
22     thereof.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

7. Within twenty days of sentencing, that Defendant's counsel shall destroy the Protected Material and so certify to the attorney for the government.

```
                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney


DATE: August 17, 2009       By:    /s/ Robin Taylor
                                    ROBIN TAYLOR
                                    Assistant U.S. Attorney


DATE: August 17, 2009              /s/ Matthew Bockmon by RRT
                                    Matthew Bockmon, Esq.
                                    Counsel for Michael McCormick
```

**SO ORDERED.**

DATED: August 17, 2009.

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/mccormick0057.stipord