BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-00057 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | PRELIMINARY ORDER OF |
| v. | ) | FORFEITURE |
| | ) | |
| MICHAEL JOHN MCCORMICK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael John McCormick, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.  Pursuant to 18 U.S.C. § 1028(b)(5), defendant Michael John McCormick's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

4 Laptop Computers

Make: Unknown          Model: 5365          Serial: 96F60W00012Q54400196

Make: NEC              Model: LC700J/6      Serial: PC-LC700J64DH

Make: HP               Model: ZV6000        Serial: CND526048H

Make: Dell             Model: PP09.L        Serial: 010789834980344

8 Drives

Make: Acomdata        Model: HD160FES-72    Serial: A0842272

Make: I/O Magic       Model: N/A            Serial: N/A

Make: Seagate         Model: ST38420A       Serial: 7AZ037M7

Make: Fujitsu         Model: MHT2040AH      Serial: NP06T3B25NYP

Make: Sony            Model: D33021         Serial: 06503BBAV

Make: Mobile Mate     Model: N/A (1.0 GB)   Serial: BB0610AELB

Make: Staples         Model: H0622GX        Serial: N/A

Make: Staples         Model: H0622GX        Serial: N/A

     2.   The above-listed property constitutes property used or intended to be used to commit a violation of 18 U.S.C. § 1029(a)(2).

     3.   Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, United States Secret Service, in its secure custody and control.

     4.   a.   Pursuant to 18 U.S.C. §§ 1028(g) and 1029(c)(2), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Department of Homeland Security, United States Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a

1    substitute for published notice as to those persons so notified.

2         b.  This notice shall state that any person, other than

3    the defendant, asserting a legal interest in the above-listed

4    property, must file a petition with the Court within sixty (60)

5    days from the first day of publication of the Notice of Forfeiture

6    posted on the official government forfeiture site, or within

7    thirty (30) days from receipt of direct written notice, whichever

8    is earlier.

9         5.  If a petition is timely filed, upon adjudication of all

10   third-party interests, if any, this Court will enter a Final Order

11   of Forfeiture pursuant to 18 U.S.C. § 1028(b)(5) in which all

12   interests will be addressed.

13   Dated:  February 29, 2012

14

15   _____
     GARLAND E. BURRELL, JR.

16   United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28