```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW G. MORRIS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>          Plaintiff,        )<br>                            )<br>     v.                     )<br>                            )<br>MICHAEL JOHN MCCORMICK,     )<br>                            )<br>          Defendant.        )<br>_____) | 2:07-CR-00057 GEB<br><br>FINAL ORDER OF FORFEITURE |

WHEREAS, on February 29, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 1029(c)(1)(C), based upon the plea agreement entered into between plaintiff and defendant Michael John McCormick forfeiting to the United States the following property:

<u>4 Laptop Computers</u>

| | | |
|---|---|---|
| Make: Unknown | Model: 5365 | Serial: 96F60W00012Q54400196 |
| Make: NEC | Model: LC700J/6 | Serial: PC-LC700J64DH |
| Make: HP | Model: ZV6000 | Serial: CND526048H |
| Make: Dell | Model: PP09.L | Serial: 010789834980344 |

<u>8 Drives</u>

1  Make: Acomdata        Model: HD160FES-72   Serial: A0842272
2  Make: I/O Magic       Model: N/A           Serial: N/A
3  Make: Seagate         Model: ST38420A      Serial: 7AZ037M7
4  Make: Fujitsu         Model: MHT2040AH     Serial: NP06T3B25NYP
5  Make: Sony            Model: D33021        Serial: 06503BBAV
6  Make: Mobile Mate     Model: N/A (1.0 GB)  Serial: BB0610AELB
7  Make: Staples         Model: H0622GX       Serial: N/A
8  Make: Staples         Model: H0622GX       Serial: N/A

9     AND WHEREAS, beginning on March 1, 2012, for at least 30 consecutive days, the United States published notice of the Court's Orders of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notices advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notices for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

     AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

     Accordingly, it is hereby ORDERED and ADJUDGED:

1.  A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 1029(c)(1)(C), to be disposed of according to law, including all right, title, and interest of Michael John McCormick.

2.  All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.


1  3. The U. S. Secret Service shall maintain custody of and
2 control over the subject property until it is disposed of
3 according to law.
4 Dated: August 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge